UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JON MELVIN MOULD,

    Plaintiff,

v.

HERITAGE BANK,

    Defendant.

Case No. C06-5348FDB

ORDER OF DISMISSAL

Plaintiff has filed a document entitled "Commercial Notice of Amended Complaint Bill in Equity" as his means for opening this cause of action. Plaintiff cites to his own affidavit as conferring jurisdiction on this Court and refers therein to an agreement that he had with Heritage Bank. Plaintiff indicates that Heritage Bank has not been responsive to his "Petition for Agreement and Harmony in the nature of a Notice of International Commercial Claim." The Court cannot discern from Plaintiff's documents a basis for this Court's jurisdiction.

ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED for lack of subject matter jurisdiction.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1